W. J. Edelbrock and Henry E. Edelbrock, appellees, v. Alva Rexroat, appellant. Gen. No. 7,866.

Judgment affirmed for want of bill of exceptions. Appeal from the Circuit Court of Morgan county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed October 27, 1925.

Templeman & Templeman, for appellant. Carl E. Robinson, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Robert Johns, appellee, v. Providence Washington Insurance Company, appellant. Gen. No. 7,868.

Action upon fire insurance policy judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed October 27, 1925.

Walter M. Provine, for appellant; L. E. Harding, of counsel. Leslie J. Taylor, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Maude E. Beebe, appellee, v. Doris Kirkpatrick and Esther Havens, appellants. Gen. No. 7,874.

Bill to enforce alleged liability of heirs upon contract of guaranty by their ancestor of mortgage loan. Bill dismissed for want of equity. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed October 27, 1925.

Stone & Taylor, for appellants. William R. Bach, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

O. P. McGahey, appellee, v. The Pennsylvania Railroad Company, appellant. Gen. No. 7,877.

Action for personal injury by collision of train and automobile at crossing. Judgment on verdict for plaintiff. Appeal from the Circuit Court of Coles county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed October 27, 1925.

H. A. Neal, for appellant; E. V. Wierman, of counsel. Frank C. Winkler, Donald B. Craig, James W. Craig, Jr., Fred H. Kelly, Craig Van Meter and Charles O. Fowler, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

Wells Brothers, appellee, v. C. D. Veatch and Mrs. C. D. Veatch, appellants. Gen. No. 7,882.

Action upon alleged indebtedness. Judgment for plaintiff upon directed verdict. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed October 27, 1925.

Foster & Morrissey, for appellants. Charles P. Kane, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.